UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                                          Case No. 17-11806-AJC
                                                                                Chapter 7
Blackstone Capital Strategies
Debtor
_____/


EXPEDITED MOTION TO WITHDRAW

       Undersigned counsel for Debtor Blackstone Capital Strategies moves to withdraw as counsel respectfully for cause that case was filed pro se and that undersigned could not prepare the schedules without the necessary documents and that documents were not forthcoming until the day of the 341 meeting, 3/15/17 which has caused irreconcilable differences.


                                        LAW OFFICE OF SHELEEN G. KHAN, P.A.
                                        Attorney for Debtor
                                        13499 Biscayne Boulevard, Suite T2
                                        Miami, Florida 33181
                                        Tel: 305-454-9126
                                        Facsimile: 305-356-7099
                                        Email: sgklaw@gmail.com
                                        <u>By:/s/Sheleen G. Khan, Esq.</u>
                                        SHELEEN G. KHAN, ESQ.
                                        FLABAR: 637033