IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-11806-AJC

BLACKSTONE CAPITAL STRATEGIES

    Debtor.

_____/

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel files this Notice of Limited Appearance as counsel for the Debtor, Blackstone Capital Strategies. Undersigned counsel files this Notice of Limited Appearance for the purpose of opposing the Creditor's Motion for Relief of Stay.

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties on the attached service list via the Court's CM/ECF electronic mail on March 28, 2017.

                **CABANAS LAW, PA**
                18503 Pines Blvd., Suite 301
                Pembroke Pines, FL 33029
                (954) 447-2580
                Fax (954) 447-2959
                eservice@cabanaslawfirm.com

By:    /s/Timothy M. McFarland
        Timothy M. McFarland, Esq.
        FL Bar No.: 093789

**[CERTIFICATE OF SERVICE ON SEPARATE PAGE]**

## SERVICE LIST

**Deborah M Martin**
Attorney for Best Investment, LLC
270 SW 25th Rd #4
Miami, FL 33129
786-615-7149
dmartin@martinlawpa.com

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
USTPRegion21.MM.ECF@usdoj.gov
*Added: 02/15/2017*

**Sheleen G Khan**
Attorney for Blackstone Capital Strategies
13499 Biscayne Blvd # T2
Miami, FL 33181
(305) 454-9126
sgklaw@gmail.com

**Jacqueline Calderin**, Trustee
247 SW 8 St # 880
Miami, FL 33130
786-369-8440
calderintrustee@gmail.com

**Stephanie M Taylor**
Attorney for Coastwide Services, LLC
12515 Orange Drive
Suite 809
Davie, FL 33330
954.510.3366
954.944.1888 (fax)
staylor@thompsonlegalfl.com

**Jerome L Tepps**
Attorney for Carolyn Goldberg
4300 N. University Dr. #C-102
Sunrise, FL 33351
(954) 565-3231
courtpapers@teppslawfirm.com

**Deborah Martin**
6025 Coral Way
Miami, FL 33155
786-615-7149
dmartin@martinlawpa.com