B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Blackstone Capital Strategies, LLC**                               Case No. **17-11806**
Debtor(s)                                                                    Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,500.00** |
   | Prior to the filing of this statement I have received | $ **2,500.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **a. Defending the debtor against a complaint by the trustee or other party in interest to deny discharge;
   b. Defending the debtor against a complaint filed by the trustee or creditor to except its debt from discharge;
   c. Defending the debtor against a complaint filed by the trustee to avoid or recover any transfer of property made prior to the filing of the Chapter 7 petition;
   d. Defending the debtor against a motion to lift the automatic stay;
   e. Defending the debtor against a motion to dismiss or convert its Chapter 7 case; or
   f. Appealing order of judgment which is entered against the debtor.
   g. Representation of Debtor for any Adversary Proceeding or contested bankruptcy matter not mentioned above.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 3, 2017** | **/s/ Timothy M. McFarland** |
| Date | **Timothy M. McFarland 093789** |
| | Signature of Attorney |
| | **Cabanas Law Firm** |
| | **18503 Pines Blvd.** |
| | **Suite 301** |
| | **Pembroke Pines, FL 33029** |
| | **(954) 447-2580  Fax: (954) 447-2959** |
| | **tmcfarland@cabanaslawfirm.com** |
| | Name of law firm |