

**ORDERED in the Southern District of Florida on May 25, 2018.**

                                                      *A. Jay Cristol*

                                                      **A. Jay Cristol, Judge**
                                                      **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                  :             CHAPTER 7
                                       :
BLACKSTONE CAPITAL STRATEGIES  :            CASE NO.: 17-11806-AJC
                                       :
    Debtor.                             /

## ORDER AWARDING SANCTIONS AGAINST BLACKSTONE CAPITAL STRATEGIES, LLC IN FAVOR OF CAROLYN GOLDBERG

THIS CAUSE, having come before the Court on May 24, 2018 at 10:30 A.M., on the Court's Order to Show Cause [D.E. 87], and the Court having reviewed the record herein, taking notice that the Notice of Continued Hearing [D.E. 89] and the Order Continuing the Hearing [D.E. 92] were properly served to Blackstone Capital Strategies, LLC, and additionally taking notice that no opposition to the Order to Show Cause was raised at the hearing, hereby **ORDERS** as follows:

    1.     The Court awards Carolyn Goldberg sanctions in the amount of $11,000.00 against Debtor, Blackstone Capital Strategies, LLC, representative of the attorney's fees and

costs incurred by Carolyn Goldberg to obtain necessary relief from this bad faith bankruptcy filing.

2. Debtor, Blackstone Capital Strategies, LLC, is hereby ORDERED to tender the amount set forth above to Carolyn Goldberg within twenty-one (21) days of the entry of this Order. The payment shall be made payable to Jerome L. Tepps, P.A. Trust Account, and delivered to Jerome L. Tepps, P.A., 4300 N. University Dr., Suite C-102, Sunrise, FL 33351.

3. If the $11,000.00 has not been tendered to Jerome L. Tepps, P.A. within twenty-one (21) days of the entry of this Order, then counsel for Carolyn Goldberg shall submit a proposed final judgment awarding this amount to the court for entry. The Court will enter final judgment without the necessity of any further hearings on this matter.

# # #

Submitted by:

JEROME L. TEPPS, P.A.
Attorneys for Carolyn Goldberg
4300 N. University Dr., #C-102
Sunrise, FL 33351
Tel. (954) 565-3231 | Fax (866) 512-2334
service: courtpapers@teppslawfirm.com
direct: william@teppslawfirm.com

Copies furnished to: Jerome L. Tepps, Esq.

*(Attorney Jerome L. Tepps is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee, and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)*