

**ORDERED in the Southern District of Florida on June 21, 2018.**

_A. Jay Cristol_

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| BLACKSTONE CAPITAL STRATEGIES | : | CASE NO.: 17-11806-AJC |
| | : | |
| Debtor.                               / | | |

**FINAL JUDGMENT AGAINST BLACKSTONE CAPITAL**
**STRATEGIES, LLC IN FAVOR OF CAROLYN GOLDBERG**

THIS CAUSE, came before the Court on May 24, 2018 at 10:30 A.M., on the Court's

Order to Show Cause [D.E. 87].  At the conclusion of the hearing, the Court entered an Order

Awarding Sanctions Against Blackstone Capital Strategies, LLC in Favor of Carolyn Goldberg

[D.E. 94].  The Order, at paragraph 3, provided that "If the $11,000.00 has not been tendered to

Jerome L. Tepps, P.A. within twenty-one (21) days of the entry of this Order, then counsel for

Carolyn Goldberg shall submit a proposed final judgment awarding this amount to the court for

entry."  The Court having reviewed the record in this matter, and having reviewed the Notice of

Non-Compliance which was submitted to the Court contemporaneously with this Judgment,

hereby **ORDERS** as follows:

1.       Final Judgment is entered in favor of Carolyn Goldberg, and against Blackstone Capital Strategies, LLC in the amount of $11,000.00, for which let execution issue.  The mailing address for Carolyn Goldberg is 2650 NE 11 St., Pompano Beach, FL 33062.  The FEIN Number for Blackstone Capital Strategies is unavailable to Carolyn Goldberg, and thus cannot be provided in accordance with Local Rule 9021-1

2.       The total sum in paragraph 1 shall bear interest at the prevailing statutory interest rate of 5.72% percent per year from this date through December 31, 2018 of this current year. Thereafter, on January 1 of each succeeding year until the judgment is paid, the interest rate will adjust in accordance with section 55.03, Florida Statutes.

# # #

Submitted by:

JEROME L. TEPPS, P.A.
Attorneys for Carolyn Goldberg
4300 N. University Dr., #C-102
Sunrise, FL 33351
Tel. (954) 565-3231 | Fax (866) 512-2334
service: courtpapers@teppslawfirm.com
direct: jerome@teppslawfirm.com

Copies furnished to:  Jerome L. Tepps, Esq.

*(Attorney Jerome L. Tepps is directed to serve copies of this Final Judgment upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee, and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)*